NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1522

### ZHEJIANG NATIVE PRODUCE and ANIMAL BY-PRODUCTS IMPORT & EXPORT GROUP CORP., JIANGSU KANGHONG NATURAL HEALTH FOODSTUFFS CO., LTD., and ANHUI HONGHUI FOODSTUFF (GROUP) CO., LTD.,

Plaintiffs-Appellants,

v.

### UNITED STATES,

Defendant-Appellee,

and

### THE AMERICAN HONEY PRODUCERS ASSOCIATION and THE SIOUX HONEY ASSOCIATION,

Defendants-Appellees.

Appeal from the United States Court of International Trade in case no. 06-00234, Judge Richard K. Eaton.

ON MOTION

## O R D E R

Zhejiang Native produce et al. move without opposition to withdraw this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2)     All sides shall bear their own costs.

FOR THE COURT

DEC 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Bruce M. Mitchell, Esq.
        Michael J. Coursey, Esq.
        Jane C. Dempsey, Esq.

s17

ISSUED AS A MANDATE:     DEC 1 8 2009
_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 8 2009

JAN HORBALY
CLERK